UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-515(SDW) |
| v. : | |
| : | O R D E R |
| ANIBELCA RAMIREZ AND : | |
| JOSE FERNANDEZ, | |
| : | |
| Defendants. | |

This matter having been brought before the Court upon the joint application of the Rem Zeller Law Group, attorneys for defendant, Jose Fernandez, and Arthur R. Carmano, Jr., Esq., attorney for defendant, Anibelca Ramirez, and with the consent of Assistant United States Attorney Deborah J. Gannett on behalf of the United States of America, and with the consent of United States Pretrial Services Officer William Sobchik, and for good cause having otherwise been shown;

IT IS on this 17th day of February, 2009;

ORDERED that defendant Ramirez's surrender date be moved from February 17, 2009 to June 29, 2009; and

IT IS FURTHER ORDERED that the passports of the defendants' children be returned immediately.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE