UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA:

: CRIMINAL No. 08-515- ( SWD )

ANIBELCA RAMIREZ and         :
JOSE FERNANDEZ                          ORDER

:

Defendants         :

This matter having been brought before the Court upon the application of Arthur R Carmano, Esq., attorney for the defendant Anibelca Ramirez, and with the consent of Assistant United States Attorney Deborah J Gannett on behalf of the United States of America and for good cause shown:

IT IS on this _____9th_____ day of ___March___ 2009;

ORDERED THAT defendant Anibelca Ramirez who is presently under house arrest and who is scheduled to surrender to Danbury Federal Correctional Facility on June 29, 2009 to begin serving her sentence, until such time as she surrenders is permitted to travel to FCI Schuylkill Federal Correctional Facility in Minersville PA, to visit her husband Jose Fernandez. Anibelca Ramirez is permitted to leave her 5:30 am and return home by 5:30 pm on alternate Saturdays commencing March 14, 2009.

HONORABLE SUSAN D WIGENTON
UNITED STATES DISTRICT JUDGE