UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>V.<br><br>ANIBELCA RAMIREZ and<br>JOSE FERNANDEZ<br>Defendant(s) | Docket No.: 08-515-(SWD)<br><br>CIVIL ACTION<br><br>ORDER |

THIS MATTER having been brought before the Court upon the application of Arthur R. Carmano, Esq., attorney for the defendant Anibelca Ramirez, and with the consent of Assistant United States Attorney Deborah J. Gannett on behalf of the United States of America and for food cause shown:

IT IS on this 5th day of May ORDERED that defendant Anibelca Ramirez who is presently under house arrest and who is scheduled to surrender to Danbury Federal Correctional Facility on June 29, 2009 to begin serving her sentence, until such time as she surrenders is permitted to travel to FCI Schuylkill Federal Correctional Facility in Minerville PA, to visit her husband Jose Fernandez. Anibelca Ramirez is permitted to leave her 5:30 am and return home by 5:30 pm on alternate Saturdays or Sundays commencing May 9, 2009.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DICTRICT JUDGE