UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       Plaintiff,                         Criminal No. 08-515-01

  v.                             :

ANIBELCA RAMIREZ                             **O R D E R**

       Defendant.        :

It is on this 21st day of July, 2010,

ORDERED that the letter request dated July 14, 2010, for placement in a halfway house is denied.

_____
SUSAN D. WIGENTON
United States District Judge