PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anibelca Ramirez  Cr.: 2:08CR00515-001
PACTS #: 52328

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton
United States District Court Judge

Date of Original Sentence: January 13, 2009

Original Offense: Conspiracy to Commit Bank Fraud.

Original Sentence: Imprisonment - 40 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $2,094,633.27

Type of Supervision: Supervised Release.  Date Supervision Commenced: May 3, 2012

## STATUS REPORT

U.S. Probation Officer Action:

On January 13, 2009, the offender was sentenced by Your Honor to 40 months imprisonment and 3 years supervised release. The following special conditions were imposed: Financial disclosure, no new debt/credit, employment restrictions, and DNA testing. She was also ordered to pay a $100 special assessment and $2,094,633.27 joint and several restitution.

Ms. Ramirez currently resides in Elmwood Park, New Jersey. She has been employed with Copos Blancos Travel since June of 2012. We believe that Ms. Ramirez has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $2,255.00 towards her restitution obligation ($10,408.42 has been paid in total by all defendants). It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Ramirez's term of supervision to expire as scheduled on May 2, 2015.

Respectfully submitted,

*[signature: Barbara Kerrigan]*

Barbara R. Kerrigan
Supervising U.S. Probation Officer
April 30, 2015

PROB 12A - Page 2
Anibelca Ramirez

## The Court Orders:

[X] Concur with the Recommendation of the U.S. Probation Office. Case to expire on May 2, 2015.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

April 30, 2015
Date